# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| In re:<br>BRENT DOUGLAS SCHLEICHER<br>DAWN RODGERS SCHLEICHER<br>Debtor(s) | Case No. 13-50353 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Herbert L. Beskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/21/2013.

2) The plan was confirmed on 08/20/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/07/2016.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $32,809.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,092.24 |
| Less amount refunded to debtor | $292.24 |
| **NET RECEIPTS:** | **$7,800.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $482.78 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,232.78** |

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ANESTHESIA ASSOCIATES OF AUGU | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH | Unsecured | 2,202.00 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH | Unsecured | 54,416.00 | 21,378.29 | 21,378.29 | 289.62 | 0.00 |
| AUGUSTA HEALTH CARE FOR WOMI | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| AUGUSTA HEALTH CARE, INC | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| AUGUSTA MEDICAL GROUP | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| AUGUSTA ORTHOPEDIC | Unsecured | 1,180.00 | NA | NA | 0.00 | 0.00 |
| AUGUSTA SURGERY | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| AUGUSTA SURGICAL CENTER | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE PATHOLOGISTS INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE PEDIATRICS | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE RADIOLOGIST | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| BLUE RIDGE RADIOLOGIST | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| CISCURA INFUSION SERVICES | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 9,975.00 | NA | NA | 0.00 | 0.00 |
| CVS CAREMARK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DECA FINANCIAL SERVICE | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 11,296.00 | 9,934.42 | 9,934.42 | 134.62 | 0.00 |
| DR. GEORGE GODETTE | Unsecured | 1,180.00 | NA | NA | 0.00 | 0.00 |
| DRS. CAULKINS, MCKIBBIN & RANZI | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| DUPONT COMMUNITY CREDIT UNIO | Secured | 5,658.00 | 5,793.15 | NA | 0.00 | 0.00 |
| DUPONT COMMUNITY CREDIT UNIO | Secured | NA | 100.00 | NA | 0.00 | 0.00 |
| DUPONT COMMUNITY CREDIT UNIO | Unsecured | 4,196.28 | 2,177.63 | 2,177.63 | 29.51 | 0.00 |
| EAST BAY FUNDING LLC | Unsecured | 8,750.00 | 7,693.49 | 7,693.49 | 104.25 | 0.00 |
| EAST BAY FUNDING LLC | Unsecured | 2,317.00 | 2,044.53 | 2,044.53 | 27.70 | 0.00 |
| EAST BAY FUNDING LLC | Unsecured | 1,747.00 | 1,734.38 | 1,734.38 | 23.50 | 0.00 |
| EAST BAY FUNDING LLC | Unsecured | NA | 842.57 | 842.57 | 11.41 | 0.00 |
| EAST BAY FUNDING LLC | Unsecured | NA | 1,642.44 | 1,642.44 | 22.25 | 0.00 |
| EAST BAY FUNDING LLC | Unsecured | NA | 204.02 | 204.02 | 2.79 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 986.00 | 973.65 | 973.65 | 13.19 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ED EISENBERG, MD | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS SCRIPTS | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| GEMB/OLD NAVY | Unsecured | 1,820.00 | NA | NA | 0.00 | 0.00 |
| HOPE | Unsecured | 3,360.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | Secured | NA | 1,060.60 | 1,060.60 | 1,060.60 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Unsecured | 958.00 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 13,243.00 | 11,719.90 | 11,719.90 | 158.82 | 0.00 |
| MARK ROEBUCK, L.C.S.W. | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 601.00 | 562.86 | 562.86 | 7.63 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,592.00 | 3,253.68 | 3,253.68 | 44.09 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 8,993.00 | 7,907.00 | 7,907.00 | 107.14 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,650.00 | 3,396.33 | 3,396.33 | 46.02 | 0.00 |
| PROFESSIONAL CREDIT SERVICE | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| SCA CREDIT SERVICES | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBSD | Unsecured | 3,453.00 | NA | NA | 0.00 | 0.00 |
| SHENANDOAH EMERGENCY MEDICI | Unsecured | 1,430.00 | NA | NA | 0.00 | 0.00 |
| SHENANDOAH VALLEY RAD ONCOL | Unsecured | 936.00 | NA | NA | 0.00 | 0.00 |
| SOLSTAS LAB PARTNERS | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| STEPHEN D. KEEFE, M.D. | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| THE RECTOR AND VISITORS OF UVA | Unsecured | 39,248.00 | 119,009.80 | 119,009.80 | 1,612.29 | 0.00 |
| UVA MEDICAL CENTER | Unsecured | 100,000.00 | 24,392.35 | 24,392.35 | 330.46 | 0.00 |
| UVA PHYSICIANS GROUP | Unsecured | 17,999.00 | 39,957.76 | 39,957.76 | 541.33 | 0.00 |
| VALLEY CREDIT SERVICE | Unsecured | 1,180.00 | NA | NA | 0.00 | 0.00 |
| VALLEY CREDIT SERVICE | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| VALLEY PEDIATRIC GROUP | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| VIRGINIA DEPARTMENT OF TAXATI( | Priority | 1.00 | NA | NA | 0.00 | 0.00 |
| VZW NE | Unsecured | 1,122.00 | NA | NA | 0.00 | 0.00 |
| WESTGATE RESORTS | Secured | 5,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,060.60 | $1,060.60 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,060.60** | **$1,060.60** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$258,825.10** | **$3,506.62** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,232.78 |
| Disbursements to Creditors | $4,567.22 |
| **TOTAL DISBURSEMENTS:** | **$7,800.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/18/2016     By: /s/ Herbert L. Beskin
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**